August 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TED TROUT ARCHITECT & ASSOCIATES, LTD., Appellant

NO. 14-12-00547-CV                V.

DR. MARTIN BASALDUA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Dr. Martin Basaldua, signed March 16, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ted Trout Architect & Associates, Ltd., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.